IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES SCOTT MOORE                                              PLAINTIFF

v.                          No. 5:13-cv-8-DPM

CITY OF PINE BLUFF, ARKANSAS                                   DEFENDANT

### ORDER

Pursuant to General Order No. 50, the unopposed motion for protective order, № 34, is granted. The mediation before Magistrate Judge Kearney is closed to the public and the media.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 August 2014