# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JAMES SCOTT MOORE                                            PLAINTIFF

v.                                       No. 5:13-cv-8-DPM

CITY OF PINE BLUFF, ARKANSAS                          DEFENDANT

## JUDGMENT

Pursuant to the parties' stipulation of dismissal, № 39, Moore's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 September 2014